_____

SO ORDERED,

*Edward Ellington*

**Judge Edward Ellington**
**United States Bankruptcy Judge**
**Date Signed: September 2, 2014**

The Order of the Court is set forth below. The docket reflects the date entered.
_____

IN THE UNITED STATES BANKRUPTCY
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

In re:

STEPHEN L. MASON, SR.                           CASE NO. 10-04195-EE
    Debtor.                                        CHAPTER 13

## AGREED SCHEDULING ORDER

This matter came before the court on Debtor's Objection to Proof of claim, Doc No. 44, Creditor's Response to Debtor's Objection to Proof of Claim, Doc No. 45 and Creditor's Response to Trustee's Motion to Deem Claim Current and Defaults Cured, Doc No. 33, at the hearing the Court continued the matter and requested the parties enter an agreed scheduling order in this matter and requested the parties file responsive pleadings setting out in greater detail the position of the parties for the Court's review. The parties having submitted the following scheduling order:

1. Each party shall file an amended pleading setting out their position regarding the Motion to Deem Current, Objection to the Motion to Deem Current and Debtor's Objection to Claim, on or before September 10, 2014.

2. The parties shall submit to the court a joint stipulation of undisputed facts in this matter on or before September 17, 2014.

##END OF ORDER##

Approved to form:

/s/ Kent D. McPhail
Kent D. McPhail
Attorney for Creditor

/s/ Richard R. Grindstaff
Richard R. Grindstaff
Attorney for Debtor

/s/ Anitra Eubanks
Anitra Eubanks
Attorney for Trustee James L. Henley, Jr

Order submitted by Kent D. McPhail, P O Box 870, Mobile AL 36601