_____

                                    **SO ORDERED,**

*/s/ Edward Ellington*

**Judge Edward Ellington**
**United States Bankruptcy Judge**
**Date Signed: October 30, 2014**

**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

### IN THE UNITED STATES BANKRUPTCY COURT FOR THE
### SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| **IN RE:** | **CHAPTER 13** |
| **STEPHEN L. MASON, SR.** | **CASE NO. 1004195EE** |

### FINAL JUDGMENT

Consistent with the Court's Opinion dated contemporaneously herewith,

**IT IS THEREFORE ORDERED** that the *Objection to Proof of Claim* (Dkt. #44) filed by Stephen L. Mason, Sr. and the *Amended Objection to Proof of Claim* (Dkt. #55) filed by Stephen L. Mason, Sr. are well taken and are hereby granted and that the *Proof of Claim* (Claim 1-3) filed on May 23, 2014, by Christiana Trust, A Division of Wilmington Savings Fund Society, FSB, as Trustee for Normandy Mortgage Loan Trust, Series 2013-8, c/o Carrington Mortgage Services, LLC. is hereby disallowed.

**IT IS FURTHER ORDERED** the *Trustee's Motion for an Order Declaring Carrington Mortgage Services 1322(B)(5) Claim Defaults Cured Pursuant to the Amended Proof of Claim Filed on January 11, 2011* (Dkt. #29) filed by the Chapter 13 Trustee, James L. Henley,

Jr. is hereby granted and Stephen L. Mason, Sr. is deemed current with his mortgage payments to Christiana Trust, A Division of Wilmington Savings Fund Society, FSB, as Trustee for Normandy Mortgage Loan Trust, Series 2013-8, c/o Carrington Mortgage Services, LLC. as of February 2014.

**IT IS FURTHER ORDERED** that the mortgage arrearage listed in the *Proof of Claim* (Claim #1-1) and in the amended *Proof of Claim* (Claim #1-2), namely $439.21, have been satisfied and all defaults have been cured.

##END OF JUDGMENT##